IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | Case No. |
| **MEDICAL EDUCATIONAL & HEALTH SERVICE** | Chapter 11 |
| Debtor | |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**

TO THE HONORABLE BANKRUPTCY COURT:

COMES NOW Debtor and, to this Honorable Court, very respectfully states and prays:

1. The herein Applicant is the Debtor in the above captioned case.

2. Applicant wishes to employ the law firm of RAFAEL GONZALEZ VELEZ, who is duly admitted to practice in this Court, to represent it in this case.

3. The herein Applicant has selected the aforesaid law firm for the reason that its principal and employees have considerable experience in matters of this character and are well qualified to render professional services to the herein Debtor.

4. The professional services that LAW FIRM RAFAEL GONZALEZ VELEZ will render are as follows:

   a) To give Applicant legal advice with respect to its Chapter 11 case.

   b) To represent Debtor in the adversary proceeding, index or contested matters filed by or against Debtor.

   c) To represent Debtor in any other matter requested by it.

5. LAW FIRM RAFAEL GONZALEZ VELEZ represents no other entity in

1

connection with this case, is disinterested as the term is defined in 11 USDC 101(13), and represents or holds no interest adverse to the interest of the estate with respect to the matters on which it is to be employed.

6. LAW FIRM RAFAEL GONZALEZ VELEZ has agreed to represent debtor at the rates of $150.00 per hour plus out of pocket expenses.

7. The herein Applicant believes that the proposed rate is reasonable for these advisors whose capabilities and reputation are excellent.

8. That to the best of Applicant's knowledge, the members of aforesaid firm are not related in any way with the office or the employees of the US Trustee's Office.

WHEREFORE, the herein Applicant respectfully request the approval of the employment of law firm of RAFAEL GONZALEZ VELEZ and its staff, to represent Applicant in this case, at the rates of compensation indicated be approved, and that it have such other and further relief as is just.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this _____ day of May, 2010.

DR. ORESTES CASTELLANOS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | Case No. |
|---|---|
| **MEDICAL EDUCATIONAL & HEALTH SERVICE** | Chapter 11 |
| Debtor | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

TO THE HONORABLE BANKRUPTCY COURT:

COMES NOW the undersigned attorney and under penalty of perjury states the following:

1. Neither I nor any member of my Firm holds or represents any interest adverse to the estate of the above-named debtor.

2. I have no connections and my Firm has no connections with the debtor, any creditor or other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United State Trustee.

3. I am, and each member of my Firm is, a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

4. I have not agreed to share with any person, except members of my Firm, the compensation to be paid for the services rendered in this case.

5. The terms of compensation agreed to are as follows: I have received a retainer in this case in the amount of $ 5,000.00 dollars,

which sum, upon information and belief, was loaned to debtor by a related party. The hourly rate agreed upon will be $150.00.

6. I will amend this statement immediately upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.

7. I have reviewed the provisions of LBR 2016-1.

Rafael González Vélez