**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re<br><br>MEDICAL EDUCATIONAL AND<br>HEALTH SERVICE, INC.<br><br>Debtor | CASE NO. 10-04905 BKT<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

    1. The firm of EDGARDO MUÑOZ, PSC hereby enters its appearance as counsel for Dr. Orestes Castellanos.

In San Juan, Puerto Rico, this 21st day of June, 2011.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system.

    EDGARDO MUÑOZ, PSC
    PO Box 360971
    San Juan, PR 00936-0971
    Tel. (787) 524-3888
    Fax (787) 524-3888

    **s/ EDGARDO MUÑOZ**
      USDC NO. 125713
    emunoz@emunoz.net

Cast-Not-App-bkcy.wpd